127 A.3d 699

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JOHN LAWLESS (A/K/A LAWLESS JOHN, GRANOZO JOHN, LAWLESS JR. JOHN, LAWLESS JOHN, JR.), DEFENDANT–PETITIONER.

November 25, 2015.

Denied.

127 A.3d 700

PATRICIA C. MYSKA, DAX MORALES AND KATHERINE K. WAGNER, PLAINTIFFS, AND JOHN B. TODISCO, PLAINTIFF–PETITIONER, v. NEW JERSEY MANUFACTURERS INSURANCE COMPANY AND AAA MID–ATLANTIC INSURANCE COMPANY OF NEW JERSEY, DEFENDANTS, AND PALISADES INSURANCE COMPANY, DEFENDANT–RESPONDENT.

AND ANOTHER RELATED CASE.

December 15, 2015.

It is ORDERED that the petition for certification is granted, in part, limited to (1) the trial court's denial of class certification, and (2) the dismissal of plaintiff's claims under the circumstances presented.